UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GLICKSTEIN; G ASSET MANAGEMENT,

                Plaintiffs,

-against-

ABIGAIL JOHNSON; FIDELITY INVESTMENTS,

                Defendants.

20-CV-4161 (LLS)

CIVIL JUDGMENT

    By order dated August 11, 2020, the Court dismissed this action for lack of subject matter jurisdiction, and granted Plaintiff sixty days' leave to file an amended complaint. Plaintiff has not filed an amended complaint.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

    IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff. Plaintiff has consented to receive electronic service of Court documents. (ECF No. 3.)

SO ORDERED.

Dated:    October 13, 2020
            New York, New York

                                            *Louis L. Stanton*
                                              Louis L. Stanton
                                                 U.S.D.J.